IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER SOROKAPUT, | : | No. 4:23cv830 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| PA ATTORNEY GENERAL, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 24 day of July 2024, upon consideration of petitioner's motions (Docs. 38, 44) for appointment of counsel, and in accordance with the memorandum issued this date, it is hereby **ORDERED** that the motions (Docs. 38, 44) are **DENIED** without prejudice.

BY THE COURT:

/s/ Julia K. Munley
JUDGE JULIA K. MUNLEY
United States District Court