## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER SOROKAPUT, | : | No. 4:23-CV-0830 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN SCI-ALBION, | : | |
| Respondent | : | |

### ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Peter Sorokaput's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Sorokaput has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this court's procedural rulings are correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. Sorokaput's motion for an evidentiary hearing (Doc. 59) is **DISMISSED** as moot in light of the paragraphs 1 and 2 above.

4. The Clerk of Court is directed to CLOSE this case.

Date: 9/30/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court